AUSA Carl D. Gilmer-Hill, 313-226-9585
Special Agent Jeff Campbell, DEA, 313-234-4000

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
D-6 Tashun Yvonne White

Case No. 15-cr-20040

## ARREST WARRANT

FILED
OCT - 6 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TASHUN YVONNE WHITE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§§§ 1956(h), 1956(a)(1)(A)(i), 1956 (a)(1)(B)(i)-(ii), 1957, Conspiracy to Launder Monetary Instruments

Date: October 1, 2015

*Issuing officer's signature*
DEBORAH TYLER
DEPUTY CLERK
*Printed name and title*

City and state: Detroit, MI

| Return | |
|---|---|
| This warrant was received on *(date)* 10/1/2015, and the person was arrested on *(date)* 10/1/2015 at *(city and state)* Detroit, MI. | |
| Date: 10/1/2015 | *Arresting officer's signature* <br> SA Matt Akerley <br> *Printed name and title* |

*Distribution: Original Court — 1copy U.S. Marshal — 2 copies USA*