UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

DERRICK WHITE – D1,
LESHOUN BYRD – D2,
GREGORY JOHNSON – D3,
TASHUN WHITE – D6,

    Defendants.

_____/

Case No. 15-CR-20040
JUDITH E. LEVY
United States District Judge

## NOTICE TO APPEAR/SCHEDULING ORDER

- MOTIONS DUE BY:  **November 12, 2015**

The defendant is hereby notified to appear before the Judith E. Levy, United States District Judge, at 200 East Liberty Street, Ann Arbor, MI 48104 for the following proceedings:

- PLEA HEARING/CUT-OFF:  **November 30, 2015 @ 12:00 p.m.**

- FINAL PRETRIAL CONFERENCE:  **December 8, 2015 @ 1:00 p.m.**

- JURY TRIAL:  **December 14, 2015 @ 8:30 a.m.**

Dated:  October 15, 2015
    Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 15, 2015.

s/Felicia M. Moses
FELICIA M. MOSES
Case Manager