**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

                                    **CASE NO. 15-CR-20040**
                                    **HON. JUDITH E. LEVY**

v.

**TASHUN YVONNE WHITE**

Defendant.
_____/

**STIPULATION TO AMEND BOND CONDITIONS**

      **NOW COMES** Defendant, Tashun White, by counsel, Attorney Carl Jordan, and the parties jointly stipulate to amend the conditions of Defendant's bond to allow travel out of the district as approved by Pretrial Services.

1. Defendant White was released on bond October 1, 2015.

2. Conditions of bond restricts travel to the Eastern District of Michigan.

3. As condition of Defendant's employment, attendance is required at The Inaugural Leadership Convening on February 3 and 4, 2016 in Houston, Texas.   It is anticipated, as Campus President of Everest Institute of Southfield, Defendant will be required to attend multiple conferences this coming summer and fall.

4. The parties now request and stipulate that the conditions of Defendant Tashun White's bond be amended to permit travel as approved by Pretrial Services.

**IT IS SO STIPULATED**

Dated: January 27, 2016

_____
Carl Gilmer-Hill   CA161939
Assistant U.S. Attorney
211 W. Fort St. Ste 2001
Detroit, MI  48226
Carl.gilmer-hill@usdoj.gov

_____
Carl Jordan  P57226
Attorney for Defendant
26677 West Twelve Mile Road
Southfield, MI  48034
carljordanjd@yahoo.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

                                      **CASE NO. 15-CR-20040**

                                      **HON. JUDITH E. LEVY**

v.

**TASHUN YVONNE WHITE**

Defendant.

_____/

**ORDER TO ALLOW TRAVEL**

**IT IS HEREBY ORDERED** that the conditions of Defendant's bond and release are hereby

amended to allow travel outside of the state of Michigan for purposes of work.

Dated: _____

_____
Hon. Judith Levy
Eastern District of Michigan Court
200 E Liberty St Ste 300
Ann Arbor, MI 48104
Phone: (734) 887-4700
Fax: (734) 887-4705

**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

                                         **CASE NO. 15-CR-20040**
                                         **HON. JUDITH E. LEVY**

v.

**TASHUN YVONNE WHITE**

Defendant.

_____/


<u>CERTIFICATE OF SERVICE</u>


       It is hereby certified that a copy of the Defendant's foregoing Motion was filed this day by ECF and thus served upon all parties of record.


       Respectfully submitted,

                                       _____ /s/ *Carl Jordan* _____
                                       Carl Jordan
                                       26677 W. Twelve Mile Rd
                                       Southfield, MI  48034
                                       313/282-0869
                                       carljordanjd@yahoo.com

       Dated: January 21, 2016