# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 15-CR-20040
Hon. Judith E. Levy
Mag. Judge Elizabeth A. Stafford

v.

TASHUN YVONNE WHITE

    Defendant.

_____/

## ORDER TO AMEND [13]

For the reasons provided in the joint stipulation by the parties (Dkt. 63), it is hereby ORDERED that the conditions of defendant's release on bond are hereby amended to allow travel outside of the state of Michigan for purposes of work.

IT IS SO ORDERED.

Dated: January 29, 2016      s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
    United States District Judge

Stipulated to by:

<u>Carl Gilmer-Hill</u>
Assistant U.S. Attorney

<u>*Carl Jordan*</u>
Carl Jordan
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 29, 2016.

                                        <u>s/Felicia M. Moses</u>
                                        FELICIA M. MOSES
                                        Case Manager