UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Case No.  5:15-cr-20040

                Plaintiff,

v.

Honorable Judith E. Levy

D-1,   DERRICK TARON WHITE,
D-2,   LESHOUN DEANDRE BYRD,
D-3,   GREGORY A. JOHNSON,
D-4,   JIMMY JOSEPH McWHERTER,
D-5,   NICHOLAS SCOTT HALE,
D-6,   TASHUN YVONNE WHITE,
D-7,   KRISTIE McWHERTER,

                Defendants.

_____/

## FIRST FORFEITURE BILL OF PARTICULARS

NOW COMES the United States of America, by and through its counsel,

BARBARA L. McQUADE, United States Attorney and JONATHAN J.C. GREY

Assistant United States Attorney, and submits this First Forfeiture Bill of

Particulars, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure to

provide  notice of specific property which the Government intends to forfeit upon

conviction  pursuant to 21 U.S.C. §§ 841 and 846, 18 U.S.C. §§ 1956 and 1957, 2.

Specifically, the Government intends to forfeit:

**CURRENCY**

1.  Two Million Five Hundred Sixty Seven Thousand Nine Hundred Eighty Four Dollars ($2,567,984.00) in U. S. Currency (CATS Asset Id No. 16-DEA-616190);

2.  Thirty Nine Thousand Thirty Dollars and Fifty-Nine Cents ($39,030.59) in U.S. Currency from Fifth Third Bank  Enhanced Checking Account No. 7915388644 (CATS Asset Id No. 16-DEA-616315);

3.  Sixty Thousand Six Hundred Forty Dollars and Fourteen Cents ($60,640.14) in U.S. Currency from Fifth Third Bank, Relationship Savings Account No. 9900636490 (CATS Asset Id No. 16-DEA-616316);

4.  Fifty Three Thousand Thirty Five Dollars and Sixty Cents ($53,035.60) in U.S. Currency from Comerica Bank Access Checking Account No. 8002299579 (CATS Asset Id No. 16-DEA-616760);

**JEWELRY**

5.  Assorted Jewelry, valued at $5,600.00 (CATS Asset Id No. 16-DEA-616774);

6.  Assorted Jewelry from Fifth Third Bank Safe Deposit Box No. 420 , valued at $173,700.00  (CATS Asset Id No. 16-DEA-616839).

**FIREARMS**

7.  Three (3) Assorted Firearms, valued at $3.00;

    - One (1) Glock 22, .40 caliber pistol, Serial No. MSB474;
    - One (1) Hi-Point, C, 9mm pistol, Serial No. P062813; and
    - One (1) Sig Sauer P-556, .556 caliber pistol, Serial No. TQ002903 (CATS Asset Id No. 16-DEA-616577).

2

**VEHICLE(S)**

**8**.     One (1) 2012 Chrysler Town and Country Minivan,
           VIN: 2C4RC1BG2CR107026 (CATS asset Id No. 16-DEA-616711).


Such notice neither limits the Government from seeking the forfeiture of

additional specific property nor limits the Government from seeking the forfeiture of

substitute assets and or the imposition of a forfeiture money judgment pursuant to

Title 21, United States Code, Section 853(p).


                              Respectfully submitted,

                              BARBARA L. McQUADE
                              United States Attorney


                              S\Jonathan J.C. Grey
                              JONATHAN J.C. GREY
                              Assistant United States Attorney
                              211 W. Fort Street, Suite 2001
                              Detroit, Michigan 48226
                              (313) 226-9125
                              Jonathan.grey@usdoj.gov
                              [Illinois Bar No. 6292918]
Dated:   March 9, 2016

3

## *CERTIFICATION OF SERVICE*

I hereby certify that on March 9, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will electronically serve all ECF participants

s\Jonathan J.C. Grey
JONATHAN J.C. GREY
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9125
Jonathan.grey@usdoj.gov
[Illinois Bar No. 6292918]