UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**          Case No. 15-CR-20040-JEL-EAS-6
                                                  HON. JUDITH E.LEVY

**TASHUN YVONNE WHITE,**

        **Defendant.**
_____/

## STIPULATION FOR SUBSTITUTION OF ATTORNEYS

     IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel that W.OTIS CULPEPPER, be substituted in as attorney in place of CARL JORDAN., in the entitled matter.

| | |
|---|---|
| /s/ W.Otis Culpepper | /s/ with consent Juan A. Mateo |
| W.OTIS CULPEPPER(P23520) | CARL JORDAN. (P33156) |
| 615 Griswold St., Suite 1300 | 535 Griswold St. Suite 1000 |
| Detroit, MI 48226 | Detroit, MI 4226 |
| (313) 963-5310 | (313) 962-3500 |

Dated:     March 25, 2016

## ORDER FOR SUBSTITUTION OF ATTORNEYS

Upon reading and filing the above Stipulation for Substitution of Attorney, and the Court being fully advised in the premises;

     IT IS HEREBY ORDERED AND ADJUDGED that W.OTIS CULPEPPER, be substituted in as attorney in place of CARL JORDAN, in the above entitled matter.

     Dated: July 20, 2016         s/Judith E. Levy
      Ann Arbor, Michigan         JUDITH E. LEVY
                                       United States District Judge