UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**TASHUN YVONNE WHITE,**

    Defendant.

_____/

Docket No:
15-CR-20040

HON. JUDITH E. LEVY

## **DEFENDANT'S MOTION TO ADJOURN HEARING**

**NOW COMES** Defendant Tashun White, by and through her attorney, Carl Jordan, pursuant to FRCP 5 and in support of her Motion to Adjourn Hearing states the following:

1. Prior to filing this motion, the Defense sought concurrence but was denied.
2. Tashun White is charged with Conspiracy to Launder Monetary Instruments which has a statutory maximum incarceration of 20 years.
3. Tashun White was indicted on October 2, 2015.
4. Trial in this matter is set for November 15, 2016.
5. Rule 16 of the Federal Rules of Criminal Procedure imposes upon the government to disclose witness statements and certain documents to the Defendant. *See* Fed. R. Crim. P. 16(a)(1)(E).
6. On November 23, 2015, Tashun White's attorney, Carl Jordan, met with Prosecutor Carl Gilmer-Hill to review the discovery in the case. *See* Exhibit A: November 10, 2015 Email.
7. As part of the review, the government produced discovery which in part included witness statements from approximately 2009.
8. On October 12, 2016, Tashun White's attorney, Carl Jordan, stated he would be ready for trial set for November 15, 2016 in response to an email sent by Case Manager Felicia Moses.
9. The Prosecutor, who received the same email, never indicated that it intended to provide additional, substantial discovery to the Defense which necessarily would impact the Defense's preparation for trial.

10. Unbeknownst to Carl Jordan, the Prosecution emailed substantial discovery to him on October 11, 2016 at 12:34 pm, 12:51 pm, 2:02 pm, 4:01 pm, and 4:06 pm. *See* Exhibit B: October 11 Emails.

11. On October 13, 2016 at 3:14 pm, the prosecution emailed additional discovery. *See* Exhibit C: October 13 Email.

12. On October 18, 2016 at 4:00 pm, the prosecution emailed additional discovery. *See* Exhibit D: October 18 Email.

13. On October 19, 2016, the prosecution emailed additional discovery at 8:32 am, 8:45 am, and 9:28 am. *See* Exhibit E: October 19 Emails.

14. Finally, on October 20, 2016, the prosecution emailed additionally discovery at 9:21 pm. *See* Exhibit F: October 20 Email.

15. None of this discovery produced in October of 2016 was produced or mentioned during Carl Jordan's review of the discovery with Prosecutor Carl Gilmer-Hill on November 23, 2015.

16. The additional discovery that has been produced in October 2016 provided additional, relevant information to the transactions in controversy in this case, namely the cars.

17. The additional discovery also contained an updated witness statement that identified Tashun White at the car dealerships. Importantly, Tashun White had never previously been identified at the car dealerships. Further, these documents are also attempting to link Tashun White to other car purchases never previously disclosed or alleged.

18. The Defense is still sifting through the voluminous discovery that has recently been produced.

19. The Court has wide discretion in determining how to deal with issues that arise during the course of discovery. The purpose of discovery is, after all, to enable each party to prepare adequately for trial and to eliminate the prospect of trial by ambush. *See Johnson v. Volvo Parts N. Am.*, 2011 U.S. Dist. LEXIS 102682, Case No. 2:09-CV-1917 (E.D. OH, September 9, 2011).

20. The Prosecutions production of this new discovery, totaling approximately 483 pages (Bates Nos. 968-1451), days before the trial date amounts to "trial by ambush."

21. The production of this relevant evidence, some of which appeared to have been in control of the prosecution prior to its production, impacts the Defense's strategy at trial.

22. Moreover, based on the document Bates stamped 1449 produced by the Prosecution, the Prosecution on October 19, 2016 sent a subpoena to Bank of America to obtain further financial records of Tashun White. It is quite foreseeable if the Prosecution receives these documents prior to

      trial, that once again, they will be seeking to admit these documents and further "ambush" the Defense with new evidence.

23. Rule 16 of the Federal Rules of Criminal Procedure states that a failure by the government to comply with discovery permits the court to grant a continuance. *See* Fed. R. Crim. P. 16(d)(2)(b).

24. It is the Defense position that the Prosecution failed to comply with Rule 16 and did not timely produce all relevant discovery.

25. A continuance is one of the least severe remedies the court can offer as a remedy to the Defendant. *See United States v. Maples*, 60 F.3d 244 (6th Cir. 1995).

26. Given the sheer number of newly produced documents at the "last second" and the implications of those documents, the Defense will have to alter its strategy and it will be practically impossible to fully prepare for trial by November 15, 2016.

27. Given what has been disclosed, it is highly likely the Prosecution will seek to admit further evidence prior to trial that has not been disclosed.

28. Given the new identification by a witness, the Defense now may want to file a motion to challenge this identification or conduct interviews that it never thought it had to do prior to the late disclosure of evidence by the Prosecution.

29. Given the new link to other car purchases, the Defense now will have to investigate those transactions.

30. Unquestionably, as the Defense sifts through more of the newly disclosed evidence, the Defense will have to further alter its strategy and engage in more informal discovery that it did not plan to pursue.

31. This court should grant the Defense a continuance of the Hearing to remedy the Prosecution's untimely discovery disclosures that have prejudiced the Defense.

**WHEREFORE,** this Honorable Court should grant a continuance of at least 90 days.

      Respectfully Submitted,

      By: s/Carl Jordan
         Carl Jordan (P57226)
         Attorney for Ernie Evans
         26677 W. Twelve Mile
         Southfield, MI 48034

Dated: October 26, 2016

Sent from my iPhone

Begin forwarded message:

# EXHIBIT A

**From:** "Gilmer-Hill, Carl (USAMIE)" <Carl.Gilmer-Hill@usdoj.gov>
**Date:** November 10, 2015 at 9:59:58 AM EST
**To:** Carl Jordan <carljordanjd@yahoo.com>
**Cc:** "Scartozzi, Frank (USAMIE) [Contractor]" <Frank.Scartozzi2@usdoj.gov>
**Subject:** RE: Reviewing the Tashun White discovery

Hi, Carl.

How about Monday, 11/23, 1:30 to 3 p.m.?

-- Carl

-----Original Message-----
From: Carl Jordan [mailto:carljordanjd@yahoo.com]
Sent: Monday, November 09, 2015 5:00 PM
To: Gilmer-Hill, Carl (USAMIE)
Subject: Reviewing the Tashun White discovery

Carl, does the afternoon of Nov. 23rd (it's a Monday) work for you? If so, Ms. White and I would like to come review the discovery pertaining to her charges on that day, preferably in the afternoon.

I know we discussed next week, when I get back in town, but I may be starting a trial that week.

Thanks

Sent from my iPhone

Sent from my iPhone

Begin forwarded message:

# EXHIBIT B

**From:** "Wynns, Karen (USAMIE)" <Karen.Wynns@usdoj.gov>
**Date:** October 11, 2016 at 12:48:35 PM EDT
**To:** "bpittslaw@sbcglobal.net" <bpittslaw@sbcglobal.net>, "sfish6666@gmail.com" <sfish6666@gmail.com>, "otisculpepper@sbcglobal.net" <otisculpepper@sbcglobal.net>, "bwrightlaw@yahoo.com" <bwrightlaw@yahoo.com>, "'carljordanjd@yahoo.com'" <carljordanjd@yahoo.com>
**Cc:** "Gilmer-Hill, Carl (USAMIE)" <Carl.Gilmer-Hill@usdoj.gov>
**Subject:** U.S. v White et al

From: "Wynns, Karen (USAMIE)" <Karen.Wynns@usdoj.gov>
Date: October 11, 2016 at 12:51:41 PM EDT
To: "bpittslaw@sbcglobal.net" <bpittslaw@sbcglobal.net>, "sfish6666@gmail.com" <sfish6666@gmail.com>, "otisculpepper@sbcglobal.net" <otisculpepper@sbcglobal.net>, "bwrightlaw@yahoo.com" <bwrightlaw@yahoo.com>, "'carljordanjd@yahoo.com'" <carljordanjd@yahoo.com>
Cc: "Gilmer-Hill, Carl (USAMIE)" <Carl.Gilmer-Hill@usdoj.gov>
Subject: Recall: U.S. v White et al

From: "Wynns, Karen (USAMIE)" <Karen.Wynns@usdoj.gov>
Date: October 11, 2016 at 2:02:08 PM EDT
To: "bpittslaw@sbcglobal.net" <bpittslaw@sbcglobal.net>, "sfish6666@gmail.com" <sfish6666@gmail.com>, "otisculpepper@sbcglobal.net" <otisculpepper@sbcglobal.net>, "bwrightlaw@yahoo.com" <bwrightlaw@yahoo.com>, "'carljordanjd@yahoo.com'" <carljordanjd@yahoo.com>
Cc: "Gilmer-Hill, Carl (USAMIE)" <Carl.Gilmer-Hill@usdoj.gov>
Subject: U.S. v White et al

Begin forwarded message:

**From:** "Wynns, Karen (USAMIE)" <Karen.Wynns@usdoj.gov>
**Date:** October 11, 2016 at 4:01:30 PM EDT
**To:** "'carljordanjd@yahoo.com'" <carljordanjd@yahoo.com>
**Cc:** "Gilmer-Hill, Carl (USAMIE)" <Carl.Gilmer-Hill@usdoj.gov>
**Subject: 2 of 3**

From: "Wynns, Karen (USAMIE)" <Karen.Wynns@usdoj.gov>
Date: October 11, 2016 at 4:06:46 PM EDT
To: "'carljordanjd@yahoo.com'" <carljordanjd@yahoo.com>
Cc: "Gilmer-Hill, Carl (USAMIE)" <Carl.Gilmer-Hill@usdoj.gov>
Subject: 3 of 3

# EXHIBIT C

Sent from my iPhone

Begin forwarded message:

**From:** "Wynns, Karen (USAMIE)" <Karen.Wynns@usdoj.gov>
**Date:** October 13, 2016 at 3:14:55 PM EDT
**To:** "bpittslaw@sbcglobal.net" <bpittslaw@sbcglobal.net>, "sfish6666@gmail.com" <sfish6666@gmail.com>, "otisculpepper@sbcglobal.net" <otisculpepper@sbcglobal.net>, "bwrightlaw@yahoo.com" <bwrightlaw@yahoo.com>, "'carljordanjd@yahoo.com'" <carljordanjd@yahoo.com>
**Cc:** "Gilmer-Hill, Carl (USAMIE)" <Carl.Gilmer-Hill@usdoj.gov>
**Subject:** U.S. v. White et al.

Sent from my iPhone

Begin forwarded message:

# EXHIBIT D

> **From:** "Wynns, Karen (USAMIE)" <Karen.Wynns@usdoj.gov>
> **Date:** October 18, 2016 at 4:00:12 PM EDT
> **To:** "sfish6666@gmail.com" <sfish6666@gmail.com>, "'carljordanjd@yahoo.com'" <carljordanjd@yahoo.com>, "bwrightlaw@yahoo.com" <bwrightlaw@yahoo.com>, "bpittslaw@sbcglobal.net" <bpittslaw@sbcglobal.net>
> **Cc:** "Gilmer-Hill, Carl (USAMIE)" <Carl.Gilmer-Hill@usdoj.gov>
> **Subject: U.S. v White et al**

Sent from my iPhone

Begin forwarded message:



**From:** "Wynns, Karen (USAMIE)" <Karen.Wynns@usdoj.gov>
**Date:** October 19, 2016 at 8:45:13 AM EDT
**To:** "sfish6666@gmail.com" <sfish6666@gmail.com>, "'carljordanjd@yahoo.com'" <carljordanjd@yahoo.com>, "bwrightlaw@yahoo.com" <bwrightlaw@yahoo.com>, "bpittslaw@sbcglobal.net" <bpittslaw@sbcglobal.net>
**Cc:** "Gilmer-Hill, Carl (USAMIE)" <Carl.Gilmer-Hill@usdoj.gov>
**Subject:** U.S. v. White et al

**From:** "Wynns, Karen (USAMIE)" <Karen.Wynns@usdoj.gov>
**Date:** October 19, 2016 at 8:32:02 AM EDT
**To:** "sfish6666@gmail.com" <sfish6666@gmail.com>, "'carljordanjd@yahoo.com'" <carljordanjd@yahoo.com>, "bwrightlaw@yahoo.com" <bwrightlaw@yahoo.com>, "bpittslaw@sbcglobal.net" <bpittslaw@sbcglobal.net>
**Cc:** "Gilmer-Hill, Carl (USAMIE)" <Carl.Gilmer-Hill@usdoj.gov>
**Subject:** U.S. v White et al

From: "Wynns, Karen (USAMIE)" <Karen.Wynns@usdoj.gov>
Date: October 19, 2016 at 9:28:29 AM EDT
To: "sfish6666@gmail.com" <sfish6666@gmail.com>, "'carljordanjd@yahoo.com'" <carljordanjd@yahoo.com>, "bwrightlaw@yahoo.com" <bwrightlaw@yahoo.com>, "bpittslaw@sbcglobal.net" <bpittslaw@sbcglobal.net>
Cc: "Gilmer-Hill, Carl (USAMIE)" <Carl.Gilmer-Hill@usdoj.gov>
Subject: U.S. v. White et al

Sent from my iPhone

Begin forwarded message:

# EXHIBIT F

**From:** "Wynns, Karen (USAMIE)" <Karen.Wynns@usdoj.gov>
**Date:** October 20, 2016 at 9:21:24 AM EDT
**To:** "sfish6666@gmail.com" <sfish6666@gmail.com>, "'carljordanjd@yahoo.com'" <carljordanjd@yahoo.com>, "bwrightlaw@yahoo.com" <bwrightlaw@yahoo.com>, "bpittslaw@sbcglobal.net" <bpittslaw@sbcglobal.net>
**Cc:** "Gilmer-Hill, Carl (USAMIE)" <Carl.Gilmer-Hill@usdoj.gov>
**Subject:** U.S. v White et al

**EXHIBIT G**

G

| | on | | 1. File No. | 2. G-DEP Identifier |
|---|---|---|---|---|
| | OF INVESTIGATION *(Continuation)* | | 3. File Title | |
| 4. Page 6 of 6 | | | | |
| 5. Program Code | | | 6. Date Prepared 10-19-2016 | |

payable to Tashun White in the amount of $82,500.00, and cash in the amount of $5,500.00. The High Bid Trading Co records also included a photocopy of Tashun White's Michigan driver's license.

45. Information received from Ameriprise Auto & Home Insurance also included the method by which Tashun White paid her insurance premiums. The payment information showed that from April 18, 2008 to October 7, 2011 and again from April 23, 2013 to December 21, 2013 her payments were auto drafted from an account ending in 0732. From October 7, 2011 to April 23, 2013 and again from December 21, 2013 forward her payments were auto drafted from an account ending in 8326.

46. It was learned during this investigation that Tashun White had an account at the Michigan First Credit Union identified as account number ███8326. It was also learned during this investigation from the personal income tax returns filed by Tashun White with the Michigan Department of Treasury, she would have her refunds directly deposited to Bank of America account number ███0732.
    o On October 19, 2016, SA Campbell served Bank of America with Administrative Subpoena 17-17-41410 requesting records related to Tashun White and all accounts associated with White, up to and including account number ███0732.

**INDEXING**

DEA Form - 6a
(Jul 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

01449

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

    Plaintiff,

Docket No:
15-CR-20040

v.

HON. JUDITH E. LEVY

**TASHUN YVONNE WHITE,**

    Defendant.

_____/

**BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO ADJOURN HEARING**

Defendant hereby relies on all the facts and legal authority cited in the Motion to Adjourn Hearing, as well as, any facts or legal authority stated in oral argument to support the Motion to Adjourn Hearing.

Respectfully Submitted,

By: s/Carl Jordan
Carl Jordan (P57226)
Attorney for Ernie Evans
26677 W. Twelve Mile
Southfield, MI 48034

Dated: October 26, 2016

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2016, I electronically filed the foregoing Defendant's Motion to Adjourn Hearing and Brief in Support with the Clerk of the Court using the ECF system which will send notification of such filing to all parties.

Respectfully submitted,

By: s/Carl Jordan
Carl Jordan (P57226)
Attorney for Eric Washington
26677 W. Twelve Mile
Southfield, MI 48034

Dated: September 26, 2016