UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,          CRIMINAL NO. 15-cr-20040

v.

                                HON. JUDITH E. LEVY

D-6, TASHUN YVONNE WHITE,

          Defendant.

_____/

## GOVERNMENT'S NOTICE REGARDING CERTIFIED DOMESTIC RECORDS PURSUANT TO FED. R. EVID. 902(11)

      The United States of America, by its undersigned attorneys, hereby notifies the Court, counsel for the defense, and defendant that, at trial, pursuant to Federal Rule of Evidence 902(11), the government intends to offer and seek the admission into evidence of domestic records that meet requirements of Rule 803(6)(A)-(C), as shown by a certification of the custodian or another qualified person that complies with federal statute, more specifically, Title 28, United States Code, Section 1746.

      Specifically included among such domestic business records are documents, recordings and records provided by Bank of America, Ameriprise Auto & Home Insurance, High Bid Trading Company, Inc., Jim Ellis Atlanta, Inc. dba

1

Porsche Atlanta Perimeter, JP Morgan Chase Bank, and Michigan First Credit Union, copies of which have previously been provided or made available to defense counsel and defendant for inspection and, along with accompanying certifications, remain available for review prior to trial upon request.

                                              Respectfully submitted,

                                              BARBARA L. McQUADE
                                              United States Attorney

                                              *s/Carl D. Gilmer-Hill*
                                              CARL D. GILMER-HILL
                                              Assistant United States Attorney

Dated: November 22, 2016

CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, November 23, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Carl Jordan

           *s/Carl D. Gilmer-Hill*
           Carl D. Gilmer-Hill
           Assistant United States Attorney
           211 W. Fort Street, Suite 2001
           Detroit, MI   48226
           Carl.Gilmer-Hill@usdoj.gov
           (313) 226-9585
           CA161939