UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,        Case No. 15-20040-06

v.                                    Honorable Judith E. Levy

TASHUN YVONNE WHITE,

          Defendant.

_____/

## ORDER FOR LUNCHEON FOR JURORS

In this cause, the Court of its own motion does now here Order and Direct that the Twelve (12) jurors empaneled and sworn, be furnished their lunch at the expense of the United States.

Dated: December 6, 2016

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge