

DEC 0 6 2016

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

             Plaintiff,             CRIMINAL NO. 15-cr-20040

v.                             HON. JUDITH E. LEVY

D-6, TASHUN YVONNE WHITE,

             Defendant.

_____/

## VERDICT FORM

We, the jury in the above-entitled action, after full consideration and due deliberation, unanimously find as to TASHUN YVONNE WHITE as follows:

### COUNT THREE
(18 U.S.C. §§ 1956(h), 1956(a)(1)(A)(i), 1956(a)(1)(B)(i)-(ii), 1957)
– Conspiracy to Launder Monetary Instruments

Not Guilty _____        Guilty __☒__

**s/Jury Foreperson**
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

JURY FOREPERSON
Dated: 12/6/16

1