United States District Court
for the Eastern District of Michigan
File Number 15-CR-20040-JEL-EAS-6

| | |
|---|---|
| United States of America<br><br>v.<br><br>TaShun Yvonne White | Notice of Appeal |

Notice is hereby given that TaShun Yvonne White, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 13th day of April, 2017.

/s/Michael Skinner
Michael Skinner (P62564)
Attorney for TaShun White
27 E. Flint St.
Lake Orion, MI 48362
(248) 693-4100

Date: April 27, 2017